**Enoch SELLASSIE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103462**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: May 17, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 2016

Enoch Sellassie, Acting Pro Se # 172153, Potosi Correctional Center, 11593 State Highway O (H.U.5B–8), Mineral Point, MO 63660, Attorney for Appellant.

Chris Koster, Attorney General, Dora A. Fichter, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, Attorneys for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

## ORDER

PER CURIAM

Enoch Sellassie appeals from the motion court's entry of judgment dismissing his Rule 24.035 motion for post-conviction relief as untimely without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claim of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).